IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CASSANDRA PHILLIPS**                                                    PLAINTIFF

v.                               No. 5:11-cv-68-DPM

**DAVIS NURSING ASSOCIATION**                                 DEFENDANT

ORDER

The Court is working through the parties' summary judgment motions. An order will issue soon. In any event, the Court is unable to hold the trial on 18 June 2012 because of obligations in other older cases. The scheduling order is suspended. If need be, an amended scheduling order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2012