IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CASSANDRA PHILLIPS**                                                                **PLAINTIFF**

v.                                        No. 5:11-cv-68-DPM

**DAVIS NURSING ASSOCIATION**                                        **DEFENDANT**

ORDER

The parties informally notified the Court that this case settled in mid-December. In response, the Court said it would enter judgment dismissing this case with prejudice on 17 January 2013 unless some party requested some other relief before then. *Document No. 29.* That due date has come and gone with no communication from the parties. The Court therefore dismisses this case with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 February 2013