IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CASSANDRA PHILLIPS                                              PLAINTIFF

v.                          No. 5:11-cv-68-DPM

DAVIS NURSING ASSOCIATION                                       DEFENDANT

JUDGMENT

Phillips's complaint against Davis Nursing Association is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2013